JOHN E. KUHN, JR.
United States Attorney

JOHN A. FONSTAD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

Attorneys for Defendant Jonas Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS HOLGER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-00001-JWS |
| ) | |
| SHARON L. GLEASON, STATE OF ) | |
| ALASKA DEPT. OF CORRECTIONS, ) | *(State Court Case No.* |
| INC., STATE OF ALASKA, INC., U.S. ) | *2KB-21-00264CI)* |
| DEPT. OF JUSTICE, TIMOTHY M. ) | |
| BURGESS, MATTHEW M. SCOBLE, ) | |
| FEDERAL RESERVE SYSTEM, INC., ) | |
| JOSHUA J. RONGITSCH, MICHAEL ) | |
| J. DUNLEAVY, WILLIAM M. ) | |
| WALKER, SIDNEY BILLINGSLEA, ) | |
| ERIA A. AARSETH, ALASKA COURT ) | |
| SYSTEM INC., PAUL F. ) | |
| MCDERMOTT, STATE OF ALASKA ) | |
| OFFICE OF PUBLIC ADVOCACY, ) | |
| INC., ERIC M. TAYLOR, STATE OF ) | |
| ALASKA DEPT. OF PUBLIC ) | |
| SAFETY, INC., LAURA HARTZ, ) | |

VENNIE E. NEMECEK, CARLA R. )
ERICKSON, STATE OF ALASKA )
OFFICE OF THE ATTORNEY )
GENERAL, INC., KARY )
SHOENHAIR, KAREN D. )
MORRISON, VERONICA P. )
DRISKILL, STATE OF ALASKA )
OFFIC OF CHILDREN'S SERVICES, )
INC. U.S.A, INC., RYAN )
THOMPSON, BRYAN SCHRODER, )
JONAS M. WALKER, AND NICOLE )
N. STOOPS, )
)
              Defendants. )
)

## NOTICE OF REMOVAL FROM STATE COURT
## (FEDERAL OFFICER REMOVAL)

Pursuant to 28 U.S.C. § 1442 and 28 U.S.C. § 1446, Defendant Jonas

M. Walker (hereinafter AUSA Walker), through counsel, removes this action

from the Superior Court for the State of Alaska, Second Judicial District at

Kotzebue to the United States District Court for the District of Alaska. In

support of this Notice of Removal, AUSA Walker avers as follows:

## I.    THE STATE COURT ACTION

1.    On or about November 9, 2021, *pro se* Plaintiff Louis Holger, who

is currently incarcerated at the Anchorage Correctional Complex or the Cook

Inlet Pretrial Facility, filed a Complaint in the Superior Court for the State of

Alaska, Second Judicial District at Kotzebue, styled as: *Louis Holger, et al. v.*

*Sharon L. Gleason, State of Alaska Dept. of Corrections, Inc., State of Alaska, Inc., U.S. Dept. of Justice, Timothy M. Burgess, Matthew M. Scoble, Federal Reserve System, Inc., Joshua J. Rongitsch, Michael J. Dunleavy, William M. Walker, Sidney Billingslea, Eric A. Aarseth, Alaska Court System Inc., Paul F. McDermott, State of Alaska Office of Public Advocacy, Inc., Eric M. Taylor, State of Alaska Dept. of Public Safety, Inc., Laura Hartz, Vennie E. Nemecek, Carla R. Erickson, State of Alaska Office of The Attorney General, Inc., Kary Shoenhair, Karen D. Morrison, Veronica P. Driskill, State Of Alaska Office of Children's Services, Inc. U.S.A, Inc., Ryan Thompson, Bryan Schroder, Jonas M. Walker, and Nicole N. Stoops*, Case No. 2KB-21-00264CI ("the State Action").  A copy of the Complaint is attached to this Notice of Removal.

2.     The allegations in the complex complaint Holger's grievances against those involved in the administration of criminal justice and, more particularly, those involved in criminal matters in which Holger was a defendant.

3.     Among other defendants, Holger has sued Jonas Walker, who is an Assistant U.S. Attorney in the U.S. Attorney's Office for the District of Alaska.  Holger's claims against AUSA Walker arise from the work that AUSA Walker performed in his official duties, in particular as counsel for the United States in a criminal matter against Holger.  *See* Complaint at 15

*Holger v. Gleason et al.*
Case No. 2:22-cv-____                    Page 3 of 7

("prosecutor, Jonas M. Walker . . . plan[ned] for . . . trial witnesses to give pergered [sic] testimony . . . [in an attempt] to frame me.").

## II. THE REQUIREMENTS FOR REMOVAL ARE SATISFIED

4. This Notice of Removal is brought under 28 U.S.C. § 1442.

5. 28 U.S.C. § 1442(a)(1) provides, in pertinent part, that "[a] civil action or criminal prosecution that is commenced in a State court and that is directed against . . . any officer . . . of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office" may be removed to a United States District Court. Removal is authorized under this provision because AUSA Walker has been sued for acts taken in his role as an official of the United States at the U.S. Attorney's Office. *See Willingham v. Morgan*, 395 U.S. 402, 409 (1969) (the "color of office" test is satisfied if there is a "causal connection" between the charged conduct and the asserted official authority). In addition, AUSA Walker has one or more colorable federal defenses to this lawsuit, including immunity. *See Mesa v. California*, 489 U.S. 121, 133 (1989) (immunity is a federal defense).

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

7. This Court embraces the locality in which the state court action

is now pending, and thus is a proper forum pursuant to 28 U.S.C. § 1442(a) and 28 U.S.C. § 1446(a).

8. No previous application has been made for the relief requested herein.

9. This Notice of Removal is being signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

10. Defendant AUSA Walker is not required to notify and obtain consent of any other defendant in this action in order to remove this lawsuit as a whole under 28 U.S.C. § 1442(a)(1). *See Ely Valley Mines v. Hartford Accident & Idem. Co.*, 644 F.2d 1310, 1314-15 (9th Cir. 1981).

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all other parties who have appeared in the state court action and is being filed with the Superior Court for the State of Alaska, Second Judicial District at Kotzebue.

12. Pursuant to District of Alaska Local Rule 3.1(a), a copy of the civil cover sheet is being submitted herewith.

13. After filing this Notice of Removal, AUSA Walker will be lodging with the Court a copy of all process, pleadings, and other orders in the state court action as required by 28 U.S.C. § 1446(a) in accordance with any post-removal deadlines set by the Court.

14.     If any questions arise regarding the propriety of the removal of this action, AUSA Walker respectfully requests the opportunity to present briefing and/or oral argument in support of his position that this case is removable.

WHEREFORE, Defendant AUSA Walker respectfully requests that this Court assume jurisdiction over this action as if Plaintiff had originally commenced this action with this Court.

RESPECTFULLY SUBMITTED this 10th day of January 2022, in Anchorage, Alaska.

JOHN E. KUHN, JR.
United States Attorney

s/ John A. Fonstad
Assistant U.S. Attorney
Attorney for Defendant Jonas Walker

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022,
a true and correct copy of the foregoing
was served via U.S. Priority Mail on the following:

Louis Holger Eklund
396774
Cook Inlet Pretrial Facility
1300 E. 4th Ave.
Anchorage, AK 99501


s/ John A. Fonstad
Office of the U.S. Attorney

*Holger v. Gleason et al.*
Case No. 2:22-cv-____                    Page 7 of 7