Lexis®

Document: 25 USCS § 177

# 25 USCS § 177

**Copy Citation**

Current through Public Law 116-193, approved October 30, 2020.

**United States Code Service   TITLE 25. INDIANS (Chs. 1 — 50)   CHAPTER 5. PROTECTION OF INDIANS (§§ 171 — 202)**

## § 177. Purchases or grants of lands from Indians

No purchase, grant, lease, or other conveyance of lands, or of any title or claim thereto, from any Indian nation or tribe of Indians, shall be of any validity in law or equity, unless the same be made by treaty or convention entered into pursuant to the Constitution. Every person who, not being employed under the authority of the United States, attempts to negotiate such treaty or convention, directly or indirectly, or to treat with any such nation or tribe of Indians for the title or purchase of any lands by them held or claimed, is liable to a penalty of $1,000. The agent of any State who may be present at any treaty held with Indians under the authority of the United States, in the presence and with the approbation of the commissioner of the United States appointed to hold the same, may, however, propose to, and adjust with, the Indians the compensation to be made for their claim to lands within such State, which shall be extinguished by treaty.

## History

**HISTORY:**

Act R. S. § 2116.

*Attachment #2 Page 1 of 4*

▶ Annotations

Lexis®

# Document: USCS Const. Art. II, § 2, Cl 2

## USCS Const. Art. II, § 2, Cl 2

### Copy Citation

Current through the ratification of the 27th Amendment on May 7, 1992.

**United States Code Service      ARTICLE II. EXECUTIVE POWER.     Sec. 2.**

## Cl 2. Treaties—Appointment of officers.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

> ⮞ Annotations

United States Code Service

Copyright © 2020 Matthew Bender & Company, Inc.

a member of the LexisNexis Group (TM)

All rights reserved. All rights reserved.

*Attachment 2, Page 3 of 4*

Case 2:22-cv-00001-MJP     Document 1-4     Filed 01/10/22     Page 2 of 2

12/4/2020  8:01 AM