Louis Holger (True Name) - Political Prisoner
dba LOUIS HOLGER EKLUND INC. #396774 (Cestui Que Vie Trust)
Redeemed In Lawful Money Pursuant To Title 12 U.S.C. § 411
ANCHORAGE CORRECTIONAL COMPLEX INC.
1300 East 4th Avenue.
Anchorage, Alaska 99501



In The District Court For The State Of Alaska
Third Judicial District At Anchorage

Louis Holger; M.N; T.D; B.L (my children);
The Alaska Native Children & Families,
Plaintiffs.

vs.

Sharon L. Gleason; Jonas M. Walker; Bryan Schroder;
Matthew McCreary Scoble; Timothy Mark Burgess; Ryan
Thompson; Joshua J. Rongitsch; UNITED STATES OF
AMERICA INC; UNITED STATES DEPARTMENT OF JUSTICE INC;
FEDERAL RESERVE SYSTEM INC; STATE OF ALASKA INC; STATE
OF ALASKA OFFICE OF CHILDREN'S SERVICES INC; Veronica
P. Driskill; Karen D. Morrison; Karly D. Shoenhair;
STATE OF ALASKA OFFICE OF THE ATTORNEY GENERAL INC;
Carla R. Erickson; Vennie E. Nemecek; Laura S. Hartz;
STATE OF ALASKA DEPARTMENT OF PUBLIC SAFETY INC; Eric
M. Taylor; STATE OF ALASKA OFFICE OF PUBLIC ADVOCACY
INC; Paul F. McDermott; STATE OF ALASKA DEPARTMENT OF
CORRECTIONS INC; ALASKA COURT SYSTEM INC; Eric A.
Aarseth; Sidney Billingslea; William Martin Walker;
Michael J. Dunleavy; Nicole Norma Stoops.
Defendants

FILED In The Trial Courts
State of Alaska, Second District
at KOTZEBUE

NOV 09 2021

Clerk Trial Courts
By_____KB_____Deputy

Article III

Case No. 2KB-21-00264 CI

COMMON LAW CRIMINAL COMPLAINT, IN THE ADMIRALTY, FOR THE PERPETRATION OF GENOCIDE, UPON THE ALASKA NATIVE WOMEN, CHILDREN & FAMILIES OF ALASKA, IN VIOLATION OF 18 U.S.C. § 1091 GENOCIDE; 18 U.S.C. § 1154 INTOXICANTS DISPENSED IN INDIAN COUNTRY; ALASKA STATUTE 11.41.300 KIDNAPPING; ALASKA STATUTE 11.41.360 HUMAN TRAFFICKING IN THE FIRST DEGREE; ALASKA STATUTE 11.76.110 INTERFERENCE WITH CONSTITUTIONAL RIGHTS; ALASKA STATUTE 11.56.850 OFFICIAL MISCONDUCT; AND 18 U.S.C. § 2 PRINCIPALS

✲✲LIST OF BIBLICAL AUTHORITIES✲✲

Holy Bible. Hebrews 5;5-10
In the same way, Christ did not take on himself the glory of becoming a high priest. But God said to him,

"You are my son; today I have become your father."

And he says in another place;

"You are a priest forever in the order of Melchizedek"

During the days of Jesus' life on earth, he offered up prayers & petitions with fervent cries & tears to the one who could save him from death, & he was heard because of his reverent submission. Son though he was, he learned obedience from what he suffered &, once made perfect, he became the source of eternal salvation for all who obey him & was designated by God to be a priest forever in the order of Melchizedek.

page 1 of 20

Case 2:22-cv-00001-MJP   Document 5-1   Filed 01/18/22   Page 1 of 20



Holy Bible. Hebrews 6:19,20
We have this hope as an anchor for the soul, firm & secure. It enters the inner sanctuary behind the curtain, where <u>our forerunner, Jesus, has entered on our behalf. He has become a high priest forever in the order of Melchizedek.</u>

Eklund_00009042 (1 of 1)
Case 2:22-cv-00001-MJP   Document 5-1   Filed 01/18/22   Page 2 of 20



Holy Bible. Hebrews 7:11-22
If perfection could have been attained through the Levitical priesthood - & indeed the law given to the people established that priesthood - why was there still need for another priest to come, <u>one in the order of Melchizedek</u>, not in the order of Aaron? For when the priesthood is changed, the law must be changed also. <u>He of whom these things are said belonged to a different tribe</u>, & no one from that tribe has ever served at the altar. For it is clear that our Lord descended from Judah, & in regard to that tribe Moses said nothing about priests. And what we have said is even more clear if <u>another priest like Melchizedek appears, one who has become a priest</u> not on the basis of a regulation as to his ancestry but <u>on the basis of the power of an indestructible life.</u> For it is declaired:

> "<u>You are a priest forever in the order of Melchizedek</u>"

The former regulation is set asside because it was weak & useless (for the law made nothing perfect), & a better hope is introduced, by which we draw near to God. And it was not without an oath! Others became priests without any oath, but he became a priest with an oath when <u>God said to him</u>:

> "The Lord has sworn & will not change his mind: '<u>You are a priest forever.</u>' "

Because of this oath <u>Jesus has become the guarantor of a better covenant.</u>

Holy Bible. Psalm 110:4
The Lord has sworn & will not change his mind:

> "<u>You are a priest forever in the order of Melchizedek.</u>"

page 3 of 20



Holy Bible. Isaiah 42:1,4-9
"Here is my servant, whom I uphold, my chosen one in whom I delight: I will put my spirit in him & he will bring justice to the nations... In faithfulness he will bring forth justice: he will not falter or be discouraged till he establishes justice on earth. In his teaching the islands will put their hope"

This is what God the Lord says - the creator of the heavens, who stretches them out, who spreads out the earth with all that springs from it, who gives breath to its people & life to those who walk on it:

"I, the Lord, have called you in righteousness; I will take hold of your hand. I will keep you & will make you to be a covenant for the people & a light for the Gentiles, to open eyes that are blind, to free captives from prison, to release from the dungeon those who sit in darkness. I am the Lord; that is my name! I will not yield my glory to another or my praise to idols. See, the former things have taken place, & new things I declare; before they spring into being I announce them to you"

Holy Bible. Judges 2:16,18
Then the Lord raised up judges, who saved them out of the hands of these raiders. Whenever the Lord raised up a judge for them, he was with the judge & saved them out of the hands of their enemies as long as the judge lived; for the Lord relented because of their groaning under those who oppressed them & afflicted them.

☆☆LIST OF CONSTITUTIONAL AUTHORITIES☆☆

1. Constitution for the United States of America. Amendment 13. No Slavery Clause. Neither slavery nor involuntary servitude...shall exist within the United States...

page 4 of 20

2. Constitution for the United States of America. Amendment 5. Due Process Clause.
No person shall be...deprived of life, liberty, or property without due process of law.
3. Constitution for the United States of America. Amendment 7. Right of Trial by Jury in Suits at Common Law.
In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, & no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.
4. Constitution for the United States of America. Amendment 14. Equal Protection Clause.
...nor shall any state deprive any person of life, liberty, or property without due process of law; nor to deny any person within its jurisdiction the equal protection of the laws.
5. Alaska State Constitution. Article 1 Declaration of Rights. Section 1 Inherent Rights.
This constitution is dedicated to the principals that all persons have a natural right to life, liberty, the pursuit of happiness...that all persons are equal & entitled to equal rights, opportunities & protection under the law...
6. Alaska State Constitution. Article 1 Declaration of Rights. Section 2 Source of Government.
All political power is inherent in the people. All government originates with the people, is founded upon their will only, & is instituted solely for the good of the people as a whole.
7. Alaska State Constitution. Article 1 Declaration of Rights. Section 3 Civil Rights.
No person is to be denied the enjoyment of any civil or political right because of race, color, creed, sex, or national origin.
8. Alaska State Constitution. Article 1 Declaration of Rights. Section 16 Civil Suits; Trial by Jury.
In civil cases where the ammount in controversy exceedes two hundred fifty dollars, the right of trial by jury of twelve is preserved to the same extent as it existed at common law.
9. Constitution for the United States of America. Article 6, Clause 2. Supremacy Clause.
This constitution & the laws of the United States which shall be made in pursuance thereof; & all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law fo the land; & the judges in every state shall be bound thereby, any thing in the constitution or laws of any State to the contrary notwithstanding.
10. Constitution for the United States of America. Article 6, Clause 3. Oathbound to Support the Constitution Clause.
The Senators & Representatives before mentioned & the members of the several State legislatures, & all executive & judicial officers, both of the United States & of the several States, shall be bound by oath or affirmation to support this Constitution.
11. Constitution and By-Laws of the Native Village of Kotzebue Alaska. Article 3, Governing Body. Section 1, Choice of Governing Body.
At a general meeting following the acceptance of this Constitution, the Village membership shall decide what kind of governing body it wishes to set up to speak & act for the Village & to use the powers of the Village. If there is a governing body already set up in the Village, at the time this Constitution is accepted, the membership may decide to keep that governing body, or it may chose a new form of government.

12. <u>Constitution and By-Laws of the Native Village of Kotzebue Alaska. Article 3, Governing Body. Section 2, Choice of Officers.</u>
The Village shall at the same time decide how members and officers of the governing body shall be chosen & how long they shall serve. The Village shall then choose the members to serve on the governing body & such officers as may be thought necessary.
13. <u>Constitution and By-Laws of the Native Village of Kotzebue Alaska. Article 3, Governing Body. Section 3, Meetings of Membership and Governing Body.</u>
The Village shall decide when & how often there should be meetings of the whole Village membership as well as of the governing body; also it shall decide what notice shall be given for the calling of meetings & how many members must be present at such meetings in order to do business; & it may make any other rules necessary for the holding of meetings. A general meeting of the whole membership shall be held at least once a year.
14. <u>Constitution and By-Laws of the Native Village of Kotzebue Alaska. Article 4, Powers of the Village. Section 1, Powers Held.</u>
The Village shall have the following powers:... To deal with the Federal & Terrritirial Governments on matters which interest the village, to stop any giving or taking away of Village lands or other property without its consent, & to get legal aid as set forth in the act of June 18, 1934... To guard & to foster native life, arts & posessions & native customs not against law.
15. <u>Constitution for the United States of America. Article 2 Executive Power. Section 2 Presidential Powers. Clause 2 Treaties - Appointment of Officers.</u> (NOTE - this constitutional authority goes with 25 U.S.C. § 177, cited further herein, & is cited in full in attachment # 2 herein).

## **LIST OF STATUTORY AUTHORITIES**

1. <u>Judiciary Act of 1789. September 24, 1789. 1 Stat. 73. Sec. 9. Saving to Suitors Clause.</u>
...; saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it...
2. <u>Native Village of Kotzebue Ordinance 05-01. Tribal Government Operations. Chapter 1, General Provisions. Section 1, Authority and Relation to Unwritten Tribal Laws. Clause 1. Inherent Sovereignty Clause.</u>
The Kotzebue Tribal Council adopts this Code of Tribal Ordinances under the inherent sovereignty of the Kotzebue Tribe & under the authority granted to the Kotzebue Tribal Council under Article 4 of the Constitution & By-Laws of the Native Village of Kotzebue...
3. <u>Native Village of Kotzebue Ordinance 05-01. Tribal Government Operations. Chapter 1, General Provisions. Section 1, Authority and Relation to Unwritten Tribal Laws. Clause 3. Unwritten Traditional Law Shall Prevail Clause.</u>
Unwritten traditional law shall be the highest form of law for our Native Village of Kotzebue. If written law conflicts with it, then unwritten traditional law shall prevail
4. <u>Native Village of Kotzebue Ordinance 05-01. Tribal Government Operations. Chapter 1, General Provisions. Section 4, Jurisdiction of the Tribe.</u>
The jurisdiction of the Kotzebue Tribe shall extend over all inherent power of a federally recognized tribe as allowed under federal law, including but not limited to governmental processes internal to the Tribe & over matters arising; 1. In the Kotzebue Tribe's Indian country, and/or; 2. Over all tribal members within or outside Indian country, and/or; 3. Over all persons and entities who entered into

consensual integrity, economic security, or the health or welfare of the Tribe or tribal members, and/or; 4. Over any matter so delegated by Congress.

5. <u>Native Village of Kotzebue Ordinance 05-01. Tribal Government Operations. Chapter 2, Sovereign Immunity of the Kotzebue Tribe. Section 3, Waivers of Tribal Sovereign Immunity shall not be General.</u>
Waivers of immunity shall not be general, but must specify the parties who may bring an action against the Tribe, duration for bringing a cause of action, the ammount of funds or other property upon which execution may be had, the nature of the transaction giving rise to claims, and any other limitations deemed appropriate by the [tribal] Council.

6. <u>Alaska Statute 11.41.300(a)(1)(A)(D) Kidnapping.</u>
(a) A person commits the crime of kidnapping if:
  (1) the person restrains another with intent to:
    (A) hold the restrained person for ransom, reward, or other payment;
    (D) interfere with the performance of a governmental or political function.

7. <u>Alaska Statute 11.41.360(a) Human Trafficking in the First Degree.</u>
(a) A person commits the crime of human trafficking in the first degree if the person compels or induces another person to engage in sexual conduct...or labor in the State by force or threat of force against any person, or by deception.

8. <u>Alaska Statute 11.76.110(a)(3) Interference With Constitutional Rights</u>
(a) A person commits the crime of interference with constitutional rights if:
  (3) under color of law, ordinance, or regulation of this State or a municipality or other political subdivision of this State, the person intentionally deprives another of a right, privilege, or immunity in fact granted by the constitution or laws of this State.

9. <u>Alaska Statute 11.56.850(a)(1) Official Misconduct.</u>
(a) A public servant commits the crime of official misconduct if, with intent to obtain a benefit or to injure or deprive another person of a benefit, the public servant:
  (1) Performs an act relating to the public servant's office but constitution an authorized exorcise of the public servant's official functions, knowing that the act is unauthorized.

10. <u>Title 18 U.S.C. Part 1 Crimes. Chapter 1 General Provisions. § 2 Principals.</u>
(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.
(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

**<u>NOTICE*NOTICE*NOTICE*NOTICE</u>**

Statutory authorities numbered 11, 12, 13, 14, 15, 16, 17, & 18 are fully cited in attachment #1. titled "<u>HUMAN RIGHTS DEFENDER REPORT OF GENOCIDE, UPON THE NATIVE AMERICAN CHILDREN & FAMILIES, TO THE ATROCITIES PREVENTION BOARD VIA THE OFFICE OF THE PRESIDENT OF THE UNITED STATES, THE SECRETARY OF STATE, & OTHER OFFICES OF TRANSNATIONAL JUSTICE, ET AL, & REQUEST FOR ASSISTANCE. RE: ELIE WIESEL GENOCIDE & ATROCITIES PREVENTION ACT OF 2018.</u>"

11. <u>Elie Wiesel Genocide & Atrocities Prevention Act of 2018, 115 P.L. 441. 115th Congress 2nd Session. Enacted January 14, 2019.</u>
12. <u>Title 18 U.S.C. Part 1 Crimes. Chapter 50A Genocide § 1091 Genocide.</u>
13. <u>Title 18 U.S.C. Part 1 Crimes. Chapter 53 Indians. § 1154 Intoxicants Dispensed In Indian Country.</u>
14. <u>Title 25 U.S.C. Indians. Chapter 21 Indian Child Welfare. § 1901 Congressional Findings.</u>

15. Title 25 U.S.C. Indians. Chapter 21 Indian Child Welfare. § 1902 Congressional Declaration of Policy
16. Title 25 U.S.C. Indians. Chapter 21 Indian Child Welfare. § 1911 Indian Tribe Jurisdiction Over Indian Child Custody Proceedings.
17. Title 25 U.S.C. Indians. Chapter 21 Indian Child Welfare. § 1912 Pending Court Proceedings.
18. Title 25 U.S.C. Indians. Chapter 5 Protection of Indians. § 175 United States Attorneys To Represent Indians.
19. Title 25 U.S.C. Indians. Chapter 5 Protection of Indians. § 177 Purchases Or Grants Of Lands From Indians. (NOTE - this statute goes with Article 2, Section 2, Clause 2 of the Constitution for the United States of America & is cited, in full, in attachment #2 herein).

☆☆LIST OF COMMON LAW CRIMES COMMITTED BY THE CRIMINAL DEFENDANTS☆☆

1. Child human trafficking; 2. Accessory before/after the fact to child human trafficking; 3. Child human sex trafficking; 4. Accessory before/after the fact to child human sex trafficking; 5. Aggravated assault & battery on children; 6. Accessory before/after the fact to aggravated assault & battery on children; 7. Aggravated sexual assault on children; 8. Accessory before/after the fact to aggravated sexual assault on children; 9. Child kidnapping; 10. Accessory before/after the fact to child kidnapping; 11. Accessory before/after the fact to aggravated assault & battery; 12. Accessory before/after the fact to aggravated sexual assault; 13. War rape; 14. Accessory before/after the fact to war rape; 15. Involuntary servitude; 16. Slavery; 17. False/unjust imprisonment; 18. Abuse or threatened abuse of the law or legal process; 19. Coercion; 20. Fiduciary fraud; 21. Gross negligence; 22. Criminal negligence; 23. Conspiracy against constitutional rights; 24. Cruel & unusual punishment; 25. Abuse of process; 26. Falsifying a record; 27. Genocide.

☆☆LIST OF ADMIRALTY CRIMES COMMITTED BY THE CRIMINAL DEFENDANTS☆☆

1. Title 18 U.S.C. § 2(a)(b) Principals; 2. Title 18 U.S.C. § 1091(a)(1)(2)(3)(4)(6) Genocide; 3. Title 18 U.S.C. § 1154 Intoxicants Dispensed In Indian Country; 4. Alaska Statute 11.41.300(a)(1)(A)(D) Kidnapping; 5. Alaska Statute 11.41.360(a) Human Trafficking In The First Degree; 6. Alaska Statute 11.76.110(a)(3) Interference With Constitutional Rights; 7. Alaska Statute 11.56.850(a)(1) Official Misconduct.

☆☆GLOSSARY/DFEINITIONS☆☆
☆☆MIRRIAM-WEBSTER'S DICTIONARY OF LAW. 2016☆☆
☆☆BLACK'S LAW DICTIONARY 8TH EDITION☆☆
☆☆TITLE 22 U.S.C. CHAPTER 78 TRAFFICKING VICTIMS PROTECTION § 7102 DEFINITIONS☆☆

Accessory after the fact-
an accessory who was not at the scene of the crime but knows that a crime has been committed & who helps the offender try to escape arrest or punishment.

Accessory before the fact-
an accessory who assists or encourages another to commit a crime but who is not present when the offense is actually committed.

Accessory-
a person who knowing that a felony has been committed aids, assists, or shelters the offender with the intent to defeat justice

Abuse of process-
the improper or tortious use of a legitametly issued court process to obtain a result that is either unlawful or beyond the process's scope.

Aggravated-
to make more serious, more severe, or worse <malisciousness aggravated the offense>.

Assault-
the crime or tort of threatening or attempting to inflict immediate offensive physical contact or bodily harm that one has the present ability to inflict & puts the victim in fear of such harm or contact.

Battery-
the crime or tort of intentionally or recklessly causing offensive physical contact or bodily harm that is not consented to by the victim.

Criminal negligence-
a gross deviation from the standard of care expected of a reasonable person that is manafest in a failure to protect others from a risk deriving from one's conduct & that renders one criminally liable.

False imprisonment-
the restraint of a person in a bounded area without legal authority, justification, or consent.

Falsifying a record-
the crime of making false entries or otherwise tampering with a public record with the intent to deceive or injure, or to conceal a wrongdoing.

Fiduciary-
someone who is required to act for the benefit of another person on all matters within the scope of their relationship: one who owes to another the duties of good faith, loyalty, due care, & disclosure.

Fiduciary duty-
a duty to act with the highest degree of honesty & loyalty tward another person & in the best interest of the other person.

Genocide-
an international crime involving acts causing serious physical & mental harm with the intent to destroy, partially, or entirely, a national, ethnic, racial, or religious group.

Gross negligence-
negligence that is marked by conduct that presents an unreasonably high degree of risk to others & by failure to exorcise even the slightest care in protecting them from it & that is sometimes associated with conscious & willful indifference to their rights.

Servitude-
a condition in which an individual lacks liberty especially to determine his or her course of action or way of life.

Sexual assault--
sexual contact that is forced upon a person without consent

Sexual predator-
a person who has committed a sexually violent offense & especially one who is likely (as because of a mental abnormality or psychological disorder) to commit more sexual offenses

page 9 of 20

Mentally disordered person-
a person whose behavior is irrational & presents a danger of serious physical harm to the person or to others.

Pervert-
a person whose behavior, especially sexual behavior, is considered abnormal or unacceptable.

Public enemy-
a notorious criminal who is a manace to society; especially one who seems more or less immune from successful prosecution.

Slavery-
a situation where one person has absolute power over the life, fortune & liberty of another.

War rape-
the systematic use of rape as a physical & psychological weapon against civilians, especially women & girls...

TITLE 22 U.S.C. CHAPTER 78 TRAFFICKING VICTIMS PROTECTION. § 7102 DEFINITIONS
(1) Abuse or threatened abuse of the law or legal process. The term "abuse or threatened abuse of the law or legal process" means the use or threatened use of the law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take action or refrain from taking some action.
(3) Coercion. The term "coercion" means--
 (C) the abuse or threatened abuse of the legal process
(8) Involuntary servitude. The term "involuntary servitude" includes a condition of servitude induced by means of--
 (B) the abuse or threatened abuse of the legal process.

**ADDITIONAL DEFINITIONS**

Child-
a souled human (not a biological robot/artificial inteligence) with the spark of the One Infinate Creator within its mind, body, spirit complex, who has not attained the age of 18.

Child human trafficking-
using the abuse or threatened abuse of the law or legal process to kidnap & unlawfully process Alaska Native, or American Indian, children through the political subdivisions of UNITED STATES OF AMERICA INC., STATE OF ALASKA INC., & or other corporate agencies, while lying about operating pursuant to the **Indian Child Welfare Act**, in order to collect the federal grant money that is awarded as a result of the unlawful process of the Alaska Native, or American Indian, children through the agencies.

Child human sex trafficking-
When an Alaska Native, or American Indian, child is sexually abused, sexually assaulted, or sexually molested while being unlawfully processes through child human trafficking, as defined above.

Affidavit of apology & individual self forgiveness-
a notarized affidavit in admittance of one's wrongs, acompanied with the apropriate apology, filed onto any public record.

TITLE 28 U.S.C. JUDICIARY & JUDICIAL PROCEDURE. § 3002 DEFINITIONS.
(15) "United States" means-
  (A) a federal corporation

THE LAW DICTIONARY. ANDERSON PUBLISHING COMPANY. COPYRIGHT 2002.
Jus postlimi'nii-
the right by which persons & things, taken by an enemy, are restored to their former state, on coming again into the power of the nation to which they belong.

## **LIST OF EVIDENTUARY DOCUMENTS ATTACHED HEREIN**

1. Attachment # 1. HUMAN RIGHTS DEFENDER REPORT OF GENOCIDE, UPON THE NATIVE AMERICAN CHILDREN & FAMILIES, TO THE ATROCITIES PREVENTION BOARD VIA THE OFFICE OF THE PRESIDENT OF THE UNITED STATES, THE SECRETARY OF STATE, & OTHER OFFICES OF TRANSNATIONAL JUSTICE, ET AL, & REQUEST FOR ASSISTANCE. RE: ELIE WIESEL GENOCIDE & ATROCITIES PREVENTION ACT OF 2018.
2. Attachment # 2. 25 U.S.C. § 177 Purchases or grants of lands from Indians; United States Constitution, Article 2, Subsection 2, Clause 2. Treaties - Appointment of Officers.
3. Attachment # 3. NOTICE OF OBJECTION, AND OBJECTION TO HAIR FOLLICLE TEST RESULTS BEING ENTERED INTO EVIDENCE, with attached e-mail from Laura Hartz (AG's Office) & Karly Shoenhair (OCS), & bogus hair follicle drug test result &; AMMENDED OBJECTION TO HAIR FOLLICLE TEST RESULTS BEING ENTERED INTO EVIDENCE, REQUEST FOR INDEPENDENT HAIR FOLLICLE DRUG TEST, with attached e-mail from Laura Hartz (AG's Office) & Karly Shoenhair (OCS), & bogus hair follicle drug test result.
4. Attachment # 4. NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS, with attached OCS log notes, & my e-mail to Karly Shoenhair.
5. Attachment # 5. AMENDED REQUEST FOR COURTS TO TAKE JUDICIAL NOTICE OF LAW, AMENDED REQUEST FOR COURTS TO TAKE JUDICIAL NOTICE OF FACT.
6. Attachment # 6. LETTER TO ALASKA CONGRESSIONAL DELEGATION & THIRTY-FIRST ALASKA STATE LEGISLATURE.
7. Attachment # 7. 1ST ADDENDUM TO DEFENDANT'S TRIAL MEMORANDUM (with attached DEFENDANT'S TRIAL MEMORANDUM).
8. Attachment # 8. 2ND ADDENDUM TO DEFENDANT'S TRIAL MEMORANDUM.
9. Attachment # 9. STATE OF ALASKA DEPARTMENT OF CORRECTIONS INC., staff misconduct grievance #CI20-369, with associated attachments & appeals.
10. Attachment # 10. My - Louis Holger - World Government of World Citizens: World Birth Certificate; Certificate of Registration Citizen of the World Government; World Passport; World Identity Card; World Citizen Card; World Birth Certificate Card (photo copies). All issued by the World Service Authority in Washington D.C.
11. Attachment # 11. E-mail letter to me - Louis Holger - from the International Criminal Court, Office of the Prosecutor, Head of Information & Evidence Unit, Mark P. Dillon. Dated July 10, 2017.
12. Attachment # 12. E-mail letter to me - Louis Holger - from the International Criminal Court, Office of the Prosecutor, Head of Information & Evidence Unit, Mark P. Dillon. Dated July 14, 2017.

## **SUPPORTING UNITED STATES SUPREME COURT CASE LAW**

1. Bank of U.S. v. Planters Bank of Georgia, 9 Wheaton 22 U.S. 904
2. Perry v. United States, 294 U.S. 330 (1935).
3. Marbury v. Madison, 5 U.S. 137 (1803).
4. Cohens v. Virginia, 19 U.S. 264 (1821).

## ADDITIONAL SUPPORTING CASE LAW

1. <u>People v. Quimby</u>, 152 Colo. 231, 381. P.2d. 275 (1963).
2. <u>Blanton v. Sherman Compress Co.</u> 256 S.W 2d 884 (1953).

## **MAXIMS OF LAW. BOUVIER'S 1856 LAW DICTIONARY**

1. Paternal power consists in affection, not in atrocity; 2. Children follow the condition of the mother, this is the case with slaves & animals; but with regard to free men, the children follow the condition of the father; 3. What is proved by the record, ought not to be denied; 4. He who does not speak the truth is a traitor to the truth.

## **MAXIMS OF LAW. BLACK'S LAW DICTIONARY. 10TH EDITION**

1. The heir of my heir is my heir; 2. God alone, & not man, can make an heir; 3. The heir is one with the ancestor; 4. The benefaction of a prince aught to be lasting; 5. The prince should preserve the laws, by which he himself is preserved; 6. By justice the throne is strengthened; 7. Truth, by whomsoever pronounced, is from God; 8. Truth that is not sufficiently defended is overpowered, & he who does not disapprove approves; 9. Truth fears nothing but concealment.

## **AFFIDAVIT UNDER PENALTY OF PERJURY/NOTICE OF CLAIMS**

I Louis Holger, Inupiaq Prince Agvik, a Tikigaqmiut, son of Inupiaq Princess Lottie Wanda, daughter of Inupiaq Princess Rose of the Koonook family nomen, daughter of Inupiaq Chief Attungowruk of Tikigaq, a registered Citizen of the World Government, a People of the United States & a Guardian of Truth, in this Article III Court of Record, under penalty of perjury state the following to be true & correct to the best of my knowledge & belief.

This common law criminal complaint, against the public enemys, herein identified as criminal defendants, is for the perpetration of genocide upon the Alaska Native, & American Indian, children & families. The genocide is funded with federal grant money.

The substance of the claim is contained in the attachments, which are briefly explained, along with the roll of each of the public enemys, as follows:

## ATTACHMENT # 1

Attachment # 1 is a previously filed document titled "HUMAN RIGHTS DEFENDER REPORT OF GENOCIDE, UPON THE NATIVE AMERICAN CHILDREN & FAMILIES, TO THE ATROCITIES PREVENTION BOARD VIA THE OFFICE OF THE PRESIDENT OF THE UNITED STATES, THE SECRETARY OF STATE, & OTHER OFFICES OF TRANSNATIONAL JUSTICE, ET AL., & REQUEST FOR ASSISTANCE. RE: ELIE WIESEL GENOCIDE & ATROCITIES PREVENTION ACT OF 2018." (the genocide report).

The genocide report documents how the public enemys (~~the criminal defendants are herein identified as "the public enemys"~~) are child human trafficking native children, for federal grant money, in violation of the Indian Child Welfare Act (ICWA), while falsely claiming to be operating pursuant to the ICWA. The public enemys identified, by name, in attachment # 1 are:

1. STATE OF ALASKA OFFICE OF CHILDREN'S SERVICES INC.; 2. Vennie E. Nemecek; 3. Eric A. Aarseth; 4. Sidney Billingslea; 5. STATE OF ALASKA OFFICE OF PUBLIC ADVOCACY INC.; 6. STATE OF ALASKA OFFICE OF THE ATTORNEY GENERAL INC.; 7. ALASKA COURT SYSTEM INC.; 8. Nicole Norma Stoops; 9. Paul F. McDermott; 10. UNITED STATES OF AMERICA INC.; 11. Carla R. Erickson; 12. Veronica P. Driskill; 13. Karen D. Morrison; 14. Bryan Schroder.

The genocide report also documents how the public enemys are alowing illegal & unlawful liquor stores to be opened in Indian Counrty, in violation of 18 U.S.C. § 1154, & illegal/unlawful sales of intoxicating liquors to natives, also in violation of 18 U.S.C. § 1154, & the federal government's faulure to enforce their criminal statue (18 ~~USC 1154). Which has resulted~~

page 12 of 20

USC 1154). Which has resulted in the federal government declaring a state of emergency, from the high levels of rape, kidnap, violence & murder of native children & women. Also resulting in generations of native children to be raised in a culture of physical, sexual, emotional, mental, & spiratual abuse, poverty, drug & alcohol addiction, mental illness, malnutrition, loss of cultural values, anger, suicide, & an endless list of mental, physical, emotional, & spiritual traumas. The public enemys identified, not by name, in attachment # 1 are:
1. Michael J. Dunleavy (STATE OF ALASKA INC., governor who is the principal who collects all of the grant money that is awarded by the federal government for child human trafficking. He also is who oversees the issuing of the illegal liquor licenses to the unlawful liquor stores that operate in violation of 18 USC 1154); 2. William Martin Walker (William Martin Walker is the former governor of STATE OF ALASKA INC., & is the principal, in the same manner as Michael J. Dunleavy, explained above).

## ATTACHMENT # 2

Attachment # 2 is two documents from the legal website, Lexis Nexis. The first one is TITLE 25 U.S.C. INDIANS. CHAPTER 5 PROTECTION OF INDIANS. § 177 PURCHASES OR GRANTS OF LANDS FROM INDIANS. A portion of which states,

> "No purchase, grant, lease, or other conveyance of lands, or of any title or claim thereto, from any Indian nation or tribe of Indians, shall be of any validity in law or equity, unless the same be made by treaty or convention entered into pursuant to the Constitution."

This would be pursuant to Article 2, subsection 2, Clause 2 of the U.S. Constitution, which is the second document, from Lexis Nexis, contained in attachment # 2, & is on the powers of the president. The portion pertinent to 25 USC 177 states,

> "He shall have power, by and with the advise and consent of the Senate, to make Treaties, provided two thirds of the Senators present concur;..."

This means that "no purchase, grant, lease, or other conveyance of lands, or of any title or claim thereto, from any Indian nation or tribe of Indians, shall be of any validity in law or equity" without the signature (treaties require signatures) of the president & the consent of two thirds of the Senate. Or made by convention pursuant to the Constitution.
It is not to my knowledge that any of the "purchase, grant, lease, or other conveyance of lands, or of any title or claim thereto" of any of my people's tribal lands have been "made by treaty or convention entered into pursuant to the Constitution". This means that none of the "purchase, grant, lease, or other conveyance of lands, or of any title or claim thereto, from any Indian nation or tribe of Indians, shall be of any validity in law or equity".
None ~~All~~ of the corporate agencies, including State & Federal government, who are claiming purchase, grant, lease, or other conveyance of my people's tribal lands, including title or claim thereto, which are not in conformance with 25 USC 177 & Article 2, Subsection 2, Clause 2 of the U.S. Constitution, are of any validity in law or equity. There needs to be a land audit.

## ATTACHMENT # 3

Attachment # 3 documents how the public enemeys, Karly Shoenhair, & Laura Hartz made a bogus hair follicle drug test & falsely claiming my son to have methamphetamines, amphetamines & marijuana in his hair follicle. The public enemy, Carla R. Erickson,

page 13 of 20

is who used the bogus (fake) hair follicle drug test result, in child court-closed to the public-to frame me in the public enemy's child human trafficking of my son.

Attachment # 3 contains my objection to the fake hair follical drug test being entered into evidence & my request for an independent hair follicle drug test. All of the public enemeys involved with framing me, in the child human trafficking of my son, ignored attachment # 3. Including the kidnapping & child human trafficking judge, Eric A. Aarseth. The public enemys identified, by name, in attachment # 3 are:

1. Karly Shoenhair; 2. Laura Hartz.

The public enemeys not identified by name, in attachment # 3 are:

1. Carla R. Erickson; 2. Eric A. Aarseth.

Carla R. Erickson is the Chief Assistant Attorney General who used the fake hair follicle drug test result in her child human trafficking of my son. Eric A. Aarseth is the public enemy (tyrant judge) who ignored my objection to the fake hair follicle drug test being entered into evidence & my request for an independent hair follicle drug test.

## ATTACHMENT # 4

Attachment # 4 is my NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS. This documents pertinent laws that the public enemys, Karly Shoenhair, Laura Harts, Carla R. Erickson, Veronica P. Driskill, Karen D. Morrison, et al, violated in their kidnapping & child human trafficking of my son. It also debunks the public enemey's lies that they used in their kidnapping & child human trafficking of my son. Including lies, & false claims, that I had felony warrants out of Washington State for manufacturing methamphetamines & that I use my wife as my drug mule. Attachment # 4 was also ignored.

## ATTACHMENT # 5

Attachment # 5 is my AMENDED REQUEST FOR COURTS TO TAKE JUDICIAL NOTICE OF LAW, AMENDED REQUEST FOR COURTS TO TAKE JUDICIAL NOTICE OF FACT. This is my request for the court to take judicial notice of the laws that I cited, as authorities, in attachment # 3, & attachment # 4. The public enemeys (including the tyrant judge, Eric A. Aarseth) also ignored attachment # 5.

## ATTACHMENT # 6

Attachment # 6 is my LETTER TO ALASKA CONGRESSIONAL DELEGATION & THIRTY-FIRST ALASKA STATE LEGISLATURE. This is my public record petition for help to the Alaska Congressional Delegation & Thirty-First Alaska State Legislature (the petition for help).

The petition for help is my testimony of the kidnap, violence, & rape that was perpetrated upon my wife & children, by the public enemys. The testimony begins, in an affidavit under penalty of perjury, on page 4 of the petition for help, as follows;

> "MY TESTIMONY OF KIDNAP VIOLENCE & RAPE, ORCHESTRATED BY BAD ACTORS IN GOVERNMENT, & USED AS A RETALIATORY WEAPON UPON INNOCENT WOMEN & INNOCENT CHILDREN WHO I LOVE, & MY PETITION TO YOU FOR HELP."

So far all of the members of the Alaska Congressional Delegation & the Thirty-First Alaska State Legislature have been pretending to ignore me & have refused to respond to, or acknowledge, the petition for help & other letters & requests for assistance that I've sent them.

The petition for help also explains how the public enemys have me falsely imprisoned, & are trying - & failing miserably - to frame me, out of retaliation for exposing to the public that they are perverted sexual predator, mentally disordered persons, for proffit child human sex trafficking war rapists. The petition for help also exposes how the

public enemys tried - & failed miserably - to have me committed into a mental institution & forcibly injected with such an absurd cocktail of mind altering drugs that one of the side effects is "instant death".

On page 14 of the petition for help I incorrectly name FBI Special Agent Steven Forrest as one of the federal agents who took me prisoner. It has come to my attention that I was mistaken in naming Steven Forrest. Steven Forrest was not one of the federal agents who took me prisoner. The federal agent who I misakenly named as Steven Forrest, is correctly named as FEDERAL BUREAU OF INVESTIGATION INC., Special Agent Joshua J. Rongitsch. The public enemys identified, by name, in attachment # 6 are:

1. Karly Shoenhair; 2. Heather Gordon (not a named defendant); 3. Carla R. Erickson; 4. Veronica P. Driskill; 5. Karen D. Morrison; 6. Julia Walsh a/k/a Julia Vanderbundt (not a named defendant); 7. Eric A. Aarseth; 8. Marika Athens (not a named defendant); 9. Paul F. McDermott; 10. Laura Hartz; 11. Jennifer Hohnstein (not a named defendant); 12. Sidney Billingslea; 13. Bill Applegate (not a named defendant); 14. Nicole Norma Stoops; 15. Margaret Peggy Frankson; 16. Philip N. Kaufman (not a named defendant); 17. Timothy Mark Burgess; 18; Jonas M. Walker; 19. Bryan Schroder; 20. Sharon L. Gleason; 21. Deborah M. Smith (not a named defendant); 22. William Martin Walker; 23. Byron Mallott (not a named defendant); 24. Matthew McCreary Scoble; 25. Joshua J. Rongitsch (mistakenly named as Steven Forrest); 26. Cynthia Ann Low (not a named defendant); 27. Robert Gary Sarrazin (not a named defendant); 28. Lea Ann Preston-Baecht (not a named defendant).

## ATTACHMENT # 7

Attachment # 7 is my 1ST ADDENDUM TO DEFENDANT'S TRIAL MEMORANDUM. It also contains my DEFENDANT'S TRIAL MEMORANDUM. This documents how the public enemys are trying to frame me & plan to enter misleading evidence, as trial exhibits, to mislead the jury. It also documents how the prosecutor, Jonas M. Walker & Bryan Schroder, are planning for their trial witnesses to give pergered testimony, at trial, in their miserably failed attempts to frame me. The public enemys identified, by name, in attachment # 7 are:

1. STATE OF ALASKA OFFICE OF CHILDREN'S SERVICES INC.; 2. Carla R. Erickson; 3. Karly Shoenhair; 4. William Martin Walker; 5. Nicole Norma Stoops.

The public enemys, not identified by name, in attachment #7 are:

1. Jonas M. Walker (Assistant US Attorney trying, & failing miserably, to frame me); 2. Bryan Schroder (United States Attorney trying, & failing miserably, to frame me); 3. Sharon L. Gleason (tyrant judge trying, & failing miserably, to frame me); 4. Matthew McCreary Scoble (tyrant judge trying, & failing miserably, to frame me); 5. Timothy Mark Burgess (tyrant judge trying, & failing miserably, to frame me); 6. UNITED STATES DEPARTMENT OF JUSTICE INC; 7. UNITED STATES OF AMERICA INC.

## ATTACHMENT # 8

Attachment # 8 is my 2ND ADDENDUM TO DEFENDANT'S TRIAL MEMORANDUM. This document also shows how the public enemys are trying to frame me & plan to enter misleading evidence, as trial exhibits to mislead the jury. it also documents how the prosecutor, Jonas M. Walker & Bryan Schroder, are planning for their trial witnesses to give perjured testimony, at trial, in their miserably failed attempts to frame me. The public enemys identified, by name, in attachment # 8 are:

1. William Martin Walker; 2. Carla R. Erickson; 3. Nicole Norma Stoops; 4. Gloria Gorman (BIA ICWA Cordinator. Not a named defendant); 5. Karly Shoenhair; 6. STATE OF ALASKA OFFICE OF CHILDREN'S SERVICES INC.; 7. Laura Hartz; 8. STATE OF ALASKA OFFICE

THE ATTORNEY GENERAL INC.; 8. Sondra Zimmer (not a named defendant); 9. STATE OF ALASKA OFFICE OF PUBLIC ADVOCACY INC.; 10. Ryan Thompson; 11. STATE OF ALASKA INC.

The public enemys, not identified by name, in attachment # 8 are:

1. Jonas M. Walker; 2. Bryan Schroder; 3. Sharon L. Gleason; 4. Matthew McCreary Scoble; 5. Timothy Mark Burgess; 6. UNITED STATES DEPARTMENT OF JUSTICE INC.; 7. UNITED STATES OF AMERICA INC.

In attachment # 8 the public enemy, criminal defendant, Ryan Thompson is mistakenly named as Ryan Butler. I mistakenly named Ryan Butler. The corrupt Deputy United States Marshal who covered for perverted sexual predator, mentally disordered person, kidnapping & child human sex trafficking war rapists, identified in attachment # 8, is named Ryan Thompson.

## ATTACHMENT # 9

Attachment # 9 is my Staff Misconduct Grievance # CI20-368, with associated attachments & appeals. This documents STATE OF ALASKA DEPARTMENT OF CORRECTIONS INC (DOC) public enemys denying me access to law enforcement for 7 months, to prevent me from being able to report the kidnap, violence & rape that was perpetrated upon my wife, children & 3 personal female friends & tribal members (Dawn Leigh Brown, Daphne Jean-Marie Stein, & Catherine Green), by the public enemys.

I was calling various law enforcement agencies asking to be connected with an investigator to file a police report of the kidnap, violence & rape. The law enforcement agencies I called (U.S. Attorney's Office, U.S. District Court, Office of the Attorney General, State of Alaska Human Rights Commission, et al) hung up the phones on me & denied me access to an investigator to file a police report. Then DOC Sgt. Hubbard shut my phone pin off so that I could not call any more. I asked other prisoners to help me call law enforcement, using their phone pins, & DOC placed me in solitary confinement, on phone restriction. I've been in solitary confinement, on phone restriction, for 14 months now (since 11/14/2019). All because I was calling law enforcement & asking to be interviewed by an investigator & alowed to file a police report.

After 7 months, in solitary confinement, I was finally able to get an interview with Alaska State Trooper Eric M. Taylor, & alowed to file a police report of the kidnap, violence & rape. Eric M. Taylor ended up being one of the public enemys who was covering for perverted sexual predator, mentally disordered person, kidnapping & child human sex trafficking war rapists. Trooper Taylor's interview of me, & his telling me that he was opening up an investigation into the kidnaps, beatings & rapes of my wife, children, & personal female friends, was all a sham. Trooper Taylor never contacted any of the kidnap, beating & rape survivors. The public enemys sent Trooper Taylor to interview me because they needed to silence my ability to say "Why are you denying me access to law enforcement to report the kidnap, violence & rape that was perpetrated upon my wife, children & 3 personal female friends & tribal members?"

Attachment # 9 contains email communications between Attorney Lance Christian Wells & Eric M. Taylor, that prove Trooper Taylor did not follow through with the police report that I filed with him. He did not contact any of the kidnap, beating & rape survivors, & his interview of me was all a sham to get me to stop demanding to be alowed to file a police report.

Attachment # 9 also documents how DOC public enemys are retaliating on me & falsifying their administrative records to cover for the perverted sexual predator, mentally disordered person, kidnapping, child human trafficking war rapists. The public enemys, identified by name, in attachment # 9 are:

page 16 of 20

1. Mika M. Little (not a named defendant); 2. STATE OF ALASKA DEPARTMENT OF CORRECTIONS INC; 3. STATE OF ALASKA DEPARTMENT OF PUBLIC SAFETY INC; 4. Eric M. Taylor; 5. Brandon B. Jones (DOC Superintendent at Achorage Jail. Not a named defendant); 6. Probation Officer Jensen (DOC probation officer. Not a named defendant); 7. Thomas Slease (KOTZEBUE POLICE DEPT. Officer who was raping drunk native girls inside of jail cells at the KOTZEBUE REGIONAL JAIL INC); 8. Norman Hughes (KOTZEBUE POLICE DEPT INC., Sgt. who was raping drunk native girls inside of jail cells at the KOTZEBUE REGIONAL JAIL INC); 9. Carla R. Erickson; 10. Probation Officer Schwankl (DOC probation officer. Not a named defendant); 11. Sidney Wood (DOC D.V. GPS. Manager. Not a named defendant).

## ATTACHMENT # 10

Attachment # 10 is photocopies of my World Documents, issued by the World Service Authority. These are a necessary part of my plans to unite the people as One People of Planet Earth.

## ATTACHMENT # 11 & # 12

Attachment # 11 & # 12 are e-mail letters to me from the International Criminal Court, Office of the Prosecutor, Head of Information & Evidence Unit, Mark P. Dillon. One is dated July 10, 2017. The other is dated July 14, 2017.

On June 21, 2017 I submitted my initial packet of evidence of the genocide that is being perpetrated upon the Alaska Native, & American Indian, children & families, by the public enemies, herein identified, et al. The e-mails from the ICC are their responses, to me, confirming receipt of my evidence & its having been entered into the court's communications register. A portion of each of the letters says,

> "As soon as a decision is reached, we will inform you, in writing, and provide you with reasons for this decision."

IAM still awaiting this decision, 4½ years later. This is a good thing. It is to my understanding that upon my having influenced good people to END THE COVER UP!, & the truth about this genocide is exposed to the public en masse, I will also receive the public support necessary to thave the public enemies prosecuted in a World Court. Upon having received public support to move forward with the prosecutions the public enemies (the principals) will be taken into custody & transported to their new home at the International Criminal Court's holding facility, where they will be put on trial for genocide & other international crimes against humanity.

The FEDERAL RESERVE SYSTEM INC., was created with the unlawful enactment of the FEDERAL RESERVE ACT OF 1913. It is the corporate agency that funds the genocide. They create money out of thin air. At this point it is nothing more than imaginary numbers that are entered into a computer screen. The FEDERAL RESERVE SYSTEM INC., is the main principal.

## ❋❋ADDITIONAL INFORMATION❋❋

We, the plaintiffs, have a constitutional right to a trial by jury. This is guaranteed by Article 1, Section 7 of the Alaska State Constitution & the 7th Amendment to the Constitution for the United States of America. Our right to a trial by jury is additionally protected by Article 1, Section 1 of the Alaska State Constitution on Inherent Rights; Article 1, Section 3 of the Alaska State Constitution on Civil Rights; Article 1, Section 7 of the Alaska State Constitution on Due Process of Law; Amendment 5 of the Constitution for the United States of America on Due Process of Law; and Article 1. Section 16 of the Alaska State Constitution; and

Amendment 14 of the Constitution for the United States of America on Due Process of Law & the Equal Protection of the laws. Any law, or statute, (such as 28 U.S.C. § 1915(e)(2)) that a government actor (judge) tries to use to violate our constitutional right to a trial by jury is void (<u>Marbury v. Madison, U.S. 137 (1803)</u>):

> "A law repugnant to the constitution is void. The Courts, as well as the other departments, are bound by that instrument."

It is the governments job to see that we receive the equal protection of the laws, herein cited as authorities (<u>Marbury v. Madison, U.S. 137 (1803)</u>):

> "The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford that protection."

Any attempt to twist the language of the law, in an effort to close this case, & deny us the equal protection of the laws is fraud (<u>Blanton v. Sherman Compress Co. 256 S.W. 2d 884 (1953)</u>):

> "Fraud is deducible from artiface & concealment as well as from affirmative conduct of a charactor to deceive."

The federal government & state government (UNITED STATES OF AMERICA INC., STATE OF ALASKA INC., & their political subdivisions) are corporations & they are not sovereign (<u>Bank of U.S. v. Planters Bank of Georga, 9 Wheaton, 22 U.S. 904 (1824)</u>):

> "The government, by becoming a corporator, lays down its sovereignty."

The sovereigns are the People (<u>Perry v. United States, 294 U.S. 330 (1935)</u>):

> "The sovereignty of the United States resides in the people..."

The Constitution for the United States of America is the Supreme Law of the land, as declaired in Article 6, Clause 2 (<u>Cohens v. Virginia, 19 U.S. 264 (1821)</u>):

> "The 2nd clause of the 6th article declares that 'this Constitution, and the laws of the United States, which shall be made in pursuance thereof, shall be the supreme law of the land.'"

Under Article 6, Clause 3, of the U.S. Const., the judge assigned to this case is oathbound to support the constitution, not violate our right to a trial by jury, & see that we are afforded the equal protection of the laws (<u>People v. Quimby, 152 Colo. P.2d (1963)</u>):

> "An unconstitutional act does not through some mystic process become constitutional by repetition. Our Oath...exacts of us that we support the constitution, not alter it; & it seems to me that it is our duty to close a judicially created breach in it at our earliest opportunity"

## \*\*DEMAND FOR REDRESS OF GRIEVANCE\*\*

1. I demand $99,999.99 redeemed in lawful money pursuant to 12 U.S.C. § 411 be paid by the FEDERAL RESERVE SYSTEM INC., to each AK Native People & placed into a lawful money trust, that is to be created, & used for cultural programs that teach Alaska Native & American Indian children cultural values, Paid to each & every Alaska Native People_

Case 2:22-cv-00001-MJP   Document 5-1   Filed 01/18/22   Page 18 of 20

2. I demand the public ..emy, criminal defendants, be taken into custody.
3. I demand the foreiture of the FEDERAL RESERVE SYSTEM INC., UNITED STATES OF AMERICA INC., STATE OF ALASKA INC., & all political subdivisions, & the return of the stolen assets to the Alaska Native & American Indian people.
4. I demand the cease & desist of all child custody proceesings that are outside of the jurisdiction of the tribes, & the immediate return of tribal children to the jurisdiction of the tribes.
5. I demand a land audit of all agencies operating on my people's tribal lands, & the return of all tribal lands that were not transfered pursuant to 25 USC § 177 & Article 2, Subsection 2, Clause 2 of the U.S. Constitution.
6. I demand the closure of all liquor stores that are operating in Indian country, in violation of 18 USC § 1154.
7. I demamd the end of all sales of intoxicating liquors, to native people, in violation of 18 USC § 1154.
8. I demand the restoration of tribal governance, & the creation of a tribal governing body pursuant to Article 3, Section 1 of the Constitution of the Native Village of Kotzebue.
9. I demand the members of the Native Village of Kotzebue be able to chose their officers of the governing body, pursuant to Article 3, Section 2 of the Constitution for the Native Village of Kotzebue.
10. I demand the members of the Native Village of Kotzebue be educated on the aspects of tribal self governance, as authorized in the Constitution & By-Laws of the Native Village of Kotzebue, & a general meeting of the whole membership at least once a year as provided in Article 3, Section 3.

✯✯NOTICE✯NOTICE✯NOTICE✯NOTICE✯✯

The Planet is being redeemed. This is a part of the Galactic Federation of Light's, Operation Restoration Earth. Which consists of four phazes;

Phaze 1. Operation Impliment World Peace;

Phaze 2. Operation Impliment Planetary Enlightenment;

Phaze 3. Operation Impliment Individual Self Forgiveness on a Planetary Scale;

Phaze 4. Operation Impliment Earth's Planetary Cultural Restoration Project.

All is being redeemed. Everybody has this opportunity. All who do what is right, & end this cover up, will receive amnesty.

page 19 of 20



IAM the great-grandson of Inupiaq Chief Attungowruk of Tikigaq. The Tikigaqmiuts have lived in the same location for over 4,000 years. My Royal Bloodline is ab anti'quo (from ancient time). My sons are princes, & my daughter is a princess. My children will not be stolen, & neither will my birthright, nor that of my people. My people's children will not be stolen & neither will their birthright. The children of the People of Planet Earth will not be stolen, & neither will their birthright. The nations are to be restored, & the Royal Bloodlines of the Tribes of Planet Earth are to be re-established. IAM envoking jus postlimi'nii. Earth's Planetary Cultural Restoration Project is soon to be enacted. This is why IAM here. This is my purpose. IAM Inupiaq Prince Agvik, heir to the Throne of the Arctic. IAM the Prince of Peace & future King of Kings. IAM Divine Intervention.

Louis Holger  01-02-2021
Louis Holger - Inupiaq Prince Agvik
dba LOUIS HOLGER EKLUND  Date
Galactic Federation of Light
The Order of Melchizedek



Notary Public or other Person
Authorized to Administer Oaths

Subscribed & Sworn to before me on 1-2-21 at
Anchorage, Alaska

My Commission expires INF

### ✲✲ADDITIONAL NOTICE✲✲

Attachment 13 has been added, as an additional attachment. It is titled "Galactic Federation of Light. INTERGALACTIC PLANETARY LIBERATORS."

page 20 of 20