# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over Specific Cases*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Marsha J. Pechman**, United States Senior District Judge for the Western District of Washington, to perform the duties of United States District Judge temporarily for the District of Alaska for the following specific cases: *Holger et al v. Gleason et al*, Case No. 2:22-cv-00001 and *Holger v. Romain et al*, Case No. 2:22-cv-00002.

January 31, 2022

_____
Mary H. Murguia
Chief Circuit Judge